IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| UCB, INC., UCB PHARMA GMBH, and LTS LOHMANN THERAPIE-SYSTEME AG, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 19-cv-128-CR |
| v. | ) ) | |
| MYLAN TECHNOLOGIES, INC., | ) ) | |
| Defendant. | ) | |

## <u>DISCOVERY CERTIFICATE</u>

I hereby certify that on November 5, 2019, copies of Plaintiffs' Initial Disclosures

Pursuant to Rule 26(a)(1) were caused to be served upon the following in the manner indicated:

Michael F. Hanley                                                    *VIA ELECTRONIC MAIL*
Paul J. Perkins
82 Fogg Farm Road
Post Office Box 708
White River Junction, VT 05001
(802) 295-3151
MFHanley@PlanteHanley.com
PJPerkins@PlanteHanley.com


Deepro R. Mukerjee                                                  *VIA ELECTRONIC MAIL*
Lance Soderstrom
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
(212) 940-8800
deepro.mukerjee@kattenlaw.com
lance.soderstrom@kattenlaw.com

Jitendra Malik                                          *VIA ELECTRONIC MAIL*
Alissa M. Pacchioli
KATTEN MUCHIN ROSENMAN LLP
550 South Tryon, Street Suite 2900
Charlotte, NC 28202-4213
(704) 444-2000
jitty.malik@kattenlaw.com
alissa.pacchioli@kattenlaw.com

*Attorneys for Defendant Mylan Technologies, Inc.*


/s/ *Ritchie E. Berger*
_____
Ritchie E. Berger, Esq.
Kendall Hoechst, Esq.
Dinse P.C.
209 Battery Street, P.O. Box 988
Burlington, VT 05401
(802) 864-5751
rberger@dinse.com
khoechst@dinse.com

*Attorneys for Plaintiffs*